1   PAUL GROSSMAN (SB# 035959)
     paulgrossman@paulhastings.com
2   ANKUSH DHUPAR (SB# 307689)
     ankushdhupar@paulhastings.com
3   PAUL HASTINGS LLP
     515 South Flower Street
4   Twenty-Fifth Floor
     Los Angeles, California  90071-2228
5   Telephone:  1(213) 683-6000
     Facsimile:  1(213) 627-0705
6
     Attorneys for Defendants
7   MARSH & MCLENNAN COMPANIES, INC. and
     MARSH USA INC.
8

9                UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  LAKEYSHA KAUFMAN, on behalf of herself, all other similarly situated, | Case No. |
| 12 | **DEFENDANTS MARSH & MCLENNAN** |
|          Plaintiff, | **COMPANIES, INC. AND MARSH USA** |
| 13 | **INC.'S NOTICE OF REMOVAL OF** |
|     vs. | **CIVIL ACTION** |
| 14 | |
| MARSH AND MCLENNAN COMPANIES, | **[28 U.S.C. §§ 1331, 1441 (A) AND (C),** |
| 15  INC., a New York Corporation; MARSH USA, | **1446 (A) (B) AND (D)]** |
|     INC., A New York Corporation; and DOES 1 | |
| 16  through 50, inclusive, | (Santa Clara County Superior Court, No. 20CV361891) |
| 17          Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS MARSH & MCLENNAN COMPANIES, INC. AND MARSH USA INC.'S
NOTICE OF REMOVAL OF CIVIL ACTION

1  TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

2  NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF LAKEYSHA KAUFMAN, AND

3  HER ATTORNEYS OF RECORD, SHAUN SETAREH, THOMAS SEGAL, FARRAH

4  GRANT, AND THE LAW OFFICES OF SETAREH LAW GROUP:

5  　　　　　PLEASE TAKE NOTICE that defendants Marsh & McLennan Companies, Inc. and

6  Marsh USA Inc. (collectively, "Defendants") hereby remove this action from the Superior Court

7  of California for the County of Santa Clara (the "Superior Court") to the United States District

8  Court for the Northern District of California, based on federal question jurisdiction, 28 U.S.C. §§

9  1331, 1441(a) and (c), and 1446(a), (b), and (d), for the following reasons:

10  　　　　　　　　　　　**I. CLAIMS AND PROCEDURAL HISTORY**

11  　　　　　1.　　　On January 17, 2020, Plaintiff Lakeysha Kaufman ("Plaintiff") filed a putative

12  class action complaint (the "Complaint") alleging violations of the Fair Credit Reporting Act (the

13  "FCRA"), 15 U.S.C. §1681 *et seq.*, in the Superior Court entitled: "*Lakeysha Kaufman, on behalf*

14  *of herself, all other similarly situated, Plaintiff, vs. Marsh and McLennan Companies, Inc., a New*

15  *York Corporation; Marsh USA, Inc., A New York Corporation; and DOES 1 through 50,*

16  *inclusive, Defendants*[,]" designated as Case No. 20CV361891. Declaration of Ankush Dhupar

17  ("Dhupar Decl."), ¶ 2. The Complaint asserts one cause of action for "failure to make proper

18  disclosure in violation of the FCRA (15 U.S.C. §§ 1681b(b)(2)(A))[.]" Complaint, at 6. A true

19  and correct of the Summons, Complaint, and Civil Case Cover Sheet is attached to the Dhupar

20  Decl. as Exhibit A.

21  　　　　　2.　　　On January 20, 2020, the Superior Court issued an order deeming the action

22  complex and staying discovery and the responsive pleading deadline. Dhupar Decl. ¶ 3. A true

23  and correct copy of the Order Deeming Case Complex and Staying Discovery and Responsive

24  Pleading Deadline is attached to the Dhupar Decl. as Exhibit B.

25  　　　　　3.　　　Plaintiff effected service of process on Defendants on January 22, 2020. Dhupar

26  Decl. ¶ 4, Exhibit C.

27

28  　　　　　　　　　　　　　　　　- 2 -

1    4.    On January 30, 2020, the Superior Court issued a Notice of Rescheduled Case

2    Management Conference, scheduling the Case Management Conference on June 5, 2020, at 10:00

3    a.m. Dhupar Decl. ¶ 5. A true and correct copy of Notice of Rescheduled Case Management

4    Conference is attached to the Dhupar Decl. as Exhibit D.

5    **II. ALL NECESSARY PARTIES HAVE JOINED IN THIS REMOVAL**

6    5.    Defendants Marsh & McLennan Companies, Inc. and Marsh USA Inc. are the only

7    named defendants in this action. Although the Complaint names Doe defendants, Doe defendants

8    need not join in a Notice of Removal. *See Salveson v. Western States Bankcard Assoc.*, 731 F.2d

9    1423, 1429 (9th Cir. 1984) ("[o]ur circuit rule is that a party not served need not be joined; the

10    defendants summoned can remove by themselves").

11    **III. TIMELINESS OF REMOVAL**

12    6.    This notice of removal is effected properly and timely pursuant to 28 U.S.C. §

13    1446(b), as it is filed within 30 days after Defendants were served with the Summons and

14    Complaint in the action.

15    **IV. FEDERAL QUESTION JURISDICTION**

16    7.    A state court action may be removed to federal court if the federal court would

17    have had original jurisdiction over the suit. 28 U.S.C. § 1441(a). "The district courts shall have

18    original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the

19    United States." 28 U.S.C. § 1331.

20    8.    Plaintiff's sole cause of action is based entirely on an alleged violation of the

21    FCRA, which is a federal law. 15 U.S.C. §1681 *et seq*. Accordingly, Defendants may remove this

22    action because it arises under the laws of the United States. 28 U.S.C. §§ 1331, 1441.

23    **V. VENUE**

24    9.    Venue of this case is proper in this District because the Superior Court is located

25    within this District. 28 U.S.C. § 1441(a).

26

27

28
                                        - 3 -

## VI. NOTICE TO PLAINTIFF AND STATE COURT

10.    In accordance with 28 U.S.C. § 1446(d), the undersigned counsel certifies that a copy of this Notice of Removal and all supporting papers will be promptly served on Plaintiff's counsel and filed with the Clerk of the Superior Court. Dhupar Decl. ¶ 6.

Based on the foregoing, all requirements under 28 U.S.C. § 1331 are satisfied and this case may be removed to this Court on grounds of federal question jurisdiction.

DATED: February 18, 2020

PAUL GROSSMAN
ANKUSH DHUPAR
PAUL HASTINGS LLP

By: _____ /s/Ankush Dhupar _____
ANKUSH DHUPAR

Attorneys for Defendants
MARSH & MCLENNAN COMPANIES, INC.
and MARSH USA INC.

LEGAL_US_W # 101942951.1

- 4 -